[No. 22153-5-II.     Division Two.     January 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SCHAWN JAMES CRUZE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00428-4, Barbara D. Johnson, J., entered July 2, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Houghton, J.

[No. 22530-1-II.     Division Two.     January 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN LEROY PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-02416-4, Frederick W. Fleming, J., entered August 25, 1997. *Remanded* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 23004-6-II.     Division Two.     January 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LAYNE LINGNAW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03837-7, Terry D. Sebring, J., entered February 3, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 23140-9-II.     Division Two.     January 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH WAYNE PATTERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00947-2, John F. Nichols, J., entered March 19, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Houghton, J.